**Petition for Writ of Mandamus Denied and Memorandum Opinion filed May 16, 2019.**



**In The**

# 𝕱𝔬𝔲𝔯𝔱𝔢𝔢𝔫𝔱𝔥 𝕮𝔬𝔲𝔯𝔱 𝔬𝔣 𝕬𝔭𝔭𝔢𝔞𝔩𝔰

---

**NO. 14-19-00366-CR**

---

**IN RE DEANDRE DEBOEST, Relator**

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**232nd District Court**
**Harris County, Texas**
**Trial Court Cause No. 1604855**

---

## MEMORANDUM OPINION

On May 2, 2019, relator DeAndre DeBoest filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relator asks this court to compel the Honorable Josh Hill,

presiding judge of the 232nd District Court of Harris County, to permit relator to proceed pro se in the underlying case.

Relator asserts that he has filed at least nine motions to proceed pro se, has demanded in open court that he be allowed to proceed pro se, and has refused to accept a court-appointed attorney. To be entitled to mandamus relief, a relator must show that (1) the relator has no adequate remedy at law for obtaining the relief the relator seeks; and (2) what the relator seeks to compel involves a ministerial act rather than a discretionary act. *In re Powell*, 516 S.W.3d 488, 494–95 (Tex. Crim. App. 2017).

It is relator's burden to provide a sufficient record to establish that relator is entitled to relief. *See In re Henry*, 525 S.W.3d 381, 382 (Tex. App.—Houston [14th Dist.] 2017, orig. proceeding); *Ex parte Bates*, 65 S.W.3d 133, 135 (Tex. App.—Amarillo 2001, orig. proceeding). Relator has failed to do so. Relator did not file a record with his petition containing the motions he purportedly filed, any rulings on his motions, any other relevant documents filed in the trial court, or any record of the proceeding in which relator claims that he demanded in open court that the trial court allow him to proceed pro se. *See* Tex. R. App. P. 52.7.

Relator has not shown that he is entitled to mandamus relief. Accordingly, we deny his petition for writ of mandamus.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Wise and Poissant.
Do Not Publish — Tex. R. App. P. 47.2(b).

2